AO-10 (WF)
Rev. 1/2004

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

| 1. Person Reporting (Last name, first, middle initial)<br><br>Michel, Paul R. | 2. Court or Organization<br>United States Court of Appeals<br>for the Federal Circuit | 3. Date of Report<br>18 apr 05 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Judge (Active) | 5. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  XX Annual ___ Final | 6. Reporting Period<br>1/1/04 – 12/31/04 |
| 7. Chambers or Office Address<br>717 Madison Place, NW<br>Suite 901<br>Washington, DC 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

RECEIVED
APR 25 10 31 AM '05
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

[ ] NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 | West Publishing -- book royalties | $ 1,599.72 |
| 2 | John Marshall Law School -- teaching fee | $ 1,000.00 |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

[ ] NONE (No reportable non-investment income.)

| | |
|---|---|
| 1 | Productivity Point International, Inc. -- consulting fee |
| 2 | Comtech, LLC -- consulting fee |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Michel, Paul R. | 18 Apr 05 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | Institute of Patent and Trademark Attorneys of Australia, Victoria, Australia | 3/21-26, Canberra, Australia, Teaching of Masters Course (transportation, meals, room) |
| 2 | Federal Circuit Bar Association Washington, DC | 6/25-28, Colorado Springs, CO, Conference (transportation, meals, room) |
| 3 | University of Washington Law School, Seattle, Washington | 7/15-18, Seattle, WA, Speech (transportation, meals, room) |
| 4 | Foundation for Law and Science Centers, Washington, DC | 8/10-13, Halifax, Canada, Planner and Attendee of Seminar for Federal Judges (transportation, meals, room |
| 5 | Intellectual Property Owners Association, Washington, DC | 9/12-13, Boston, MA, Speaking at Annual Meeting (transportation, meals, room) |
| 6 | Di Jang and Wayne Stoner Boston, Massachusetts | 9/18-19, Ipswich, MA, Conducting Wedding Ceremony of former law clerk (transportation, meals, room) |
| 7 | American Law Institute-American Bar Association, Philadelpha, PA | 9/30-10/1, Chicago, Illinois, Speaking at annual, national patent litigaton course (transportation, meals (see continuation sheet) room) |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☐ NONE (No such reportable gifts.) | | |
| 1 | University Club, Washington, DC | Waiver of initiation fee and reduced monthly fees as a Government Fellow | $ 900.00 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☐ NONE (No reportable liabilities.) | | |
| 1 | Covington & Burling | Legal Fees | K |
| 2 | VISA (SunTrust Bank) | Credit Card | J |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

IV. REIMBURSEMENTS (continued)

Description

8.  Federation Internationale des
    Conseils on Propriete Industrielle
    (FICPI), Paris, France

    10/5-10, Venice, Italy, Speaking at
    international intellectual property
    course for patent litigators and
    prosecutors at FICPI Forum
    (transportation, meals, room)

9.  Munich Intellectual Property Law
    Center and Max Plank Institute
    Munich, Germany

    10/27-31, Munich, Germany, Visit and
    meeting with Scientific Advisory Panel
    of the Center and lectures to the
    graduate international law students
    at the Center and later to the
    Bavarian Academy of Sciences and the
    German Association of Intellectual
    Property Lawyers (transportation,
    meals, room)

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Michel, Paul R. | 18 apr 05 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross Value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **X** NONE (No reportable income, | | | | | | | | | |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book value | V=Other | W=Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report)
III-VII

On October 27, 2004, I was divorced from ███████████. We separated in 1997 and thereafter became permanently separated with intention to divorce. Our finances had always been separate under a pre-nuptual agreement dated December 1, 1989. Moreover, I have had no knowledge of her finances, and therefore do not report on them here just as I did not in prior years.

On November 30, 2004, I married ███████████, a self-employed consultant. Relevant financial data on her is provided here for the entire reporting year.

As I owe money to Covington & Burling for legal fees, I remain recused from cases in which the firm represents a party. I no longer report ███████████ debts to Wilmer, Cutler, Pickering, Hale & Dorr or other law firms for the reasons stated above. I remained recused in Wilmer cases until the divorce.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ███████████                              Date 18 apr 05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544